AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of    Arizona

| | | |
|---|---|---|
| United States of America<br>v. | ) | |
| | ) | Case No.    26-3054MJ |
| ː : | ) | |
| | ) | |
| ' , : | ) | |
| Andrew Paul Amarillas | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Andrew Paul Amarillas
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18: 371 - Conspiracy to Possess and Sell Stolen Ammunition and Commit Theft of Government Property

Date:    03/04/2026

*M Morrissey*

*Issuing officer's signature*

City and state:    Phoenix, Arizona

Michael T. Morrissey, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  3/4/2026  , and the person was arrested on *(date)*  3/5/2026
at *(city and state)*

Date:  3/5/2026

*Arresting officer's signature*

Tai Pham, Special Agent
*Printed name and title*